# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2447
_____

CLIFTON M. BROOKS SR.,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

August 8, 2019

PER CURIAM.

AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Clifton M. Brooks, Sr., pro se, Appellant.

Beverly Brewster, Assistant General Counsel for the Department
of Corrections, Tallahassee, for Appellee.